UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
(732) 449-0525
akelly@kbtlaw.com
Attorneys for Bunce D. Atkinson,
Chapter 11 Trustee

Order Filed on July 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert J. Hemsing,
            Debtor.

Case No.: 23-10037

Chapter: 11

Judge: KCF

## ORDER AUTHORIZING RETENTION OF

## THE KELLY FIRM, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: July 13, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain The Kelly Firm, P.C.
as Attorneys for the Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   1011 Highway 71
   Suite 200
   Spring Lake, NJ  07762

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2