UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Counsel for Debtor

Order Filed on November 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KARAMJEET S. SODHI &
MEENA SODHI,
                    Debtor.

Case No.:     21-17033
Chapter:      11 - Subchapter V
Judge:        CMG

### ORDER AUTHORIZING RETENTION OF

Kunal Sodhi

The relief set forth on the following page is **ORDERED**.

**DATED: November 28, 2023**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Upon the applicant's request for authorization to retain _____Kunal Sodhi_____

as _____Realtor/Broker_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Keller Williams Rlty. Premier Prop.s
   1 Elm St
   Westfield, NJ 07090

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*